No. 1503, Misc. Louie v. Washington. Sup. Ct. Wash. Certiorari denied.

No. 1514, Misc. Finn v. California et al. C. A. 9th Cir. Certiorari denied.

No. 1515, Misc. Alexander v. California Adult Authority et al. C. A. 9th Cir. Certiorari denied.

No. 1551, Misc. Chromiak v. California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1564, Misc. Sands v. Wainwright, Corrections Director. Sup. Ct. Fla. Certiorari denied.

No. 942, Misc. Schack v. Attorney General of the United States. C. A. D. C. Cir. Certiorari denied. Mr. Justice Clark took no part in the consideration or decision of this petition.

No. 1277, Misc. Schack v. Clark, Attorney General. C. A. D. C. Cir. Certiorari denied. Mr. Justice Clark took no part in the consideration or decision of this petition.

No. 464, October Term, 1965. Lloyd A. Fry Roofing Co. v. Volasco Products Co., 382 U. S. 904;

No. 159. McCray v. Illinois, ante, p. 300;

No. 998. Rogers et al. v. City and County of Denver et al., ante, p. 480;

No. 1012. Mitchell v. United States, ante, p. 972; and

No. 1013. Worley et al. v. Illinois, ante, p. 972. Petitions for rehearing denied.